BURNETT, administrator, *v.* LUNSFORD *et al.*

GILBERT, J. The petition as amended does not seek any equitable or other relief which would afford this court jurisdiction. The Supreme Court being without jurisdiction, the case is transferred to the Court of Appeals. *So ordered. All the Justices concur.*

No. 8439. JULY 14, 1931.

*Boyd Sloan* and *B. P. Gaillard Jr.,* for plaintiff in error.
*Joseph G. Collins,* contra.